# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                        **Case No. 6:09-cv-984-Orl-28GJK**

**JAMES E. ROBERTS,**

    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 8) filed July 16, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 27, 2009 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. 8) is **GRANTED**.

3. Plaintiff is awarded $29,506.03.

4. Plaintiff is awarded interest in the amount of 8.00 percent per annum or $1.65 per diem on the principal amount in Certificate I and 4.25 percent per annum or $1.27 per

diem on the principal amount in Certificate II from July 15, 2009 through the date of judgment.

5. Plaintiff is awarded post-judgment interest at the rate allowed by law.

6. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in accordance with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _16_ day of September, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party